| | |
|---|---|
| DISTRICT COURT, FREMONT COUNTY,<br><br>Address: 136 Justice Center Rd #103<br>Cañon City, CO 81212.<br><br>Telephone: (719) 269-0100 | DATE FILED: August 20, 2021 8:54 AM<br>FILING ID: 84A532B48A3A7<br>CASE NUMBER: 2021CV30057 |
| **Plaintiff:**   **STAR FABRIZIO,**<br><br>v.<br><br>**Defendant:**   **FEDEX FREIGHT, INC.** | |
| | ▲ **COURT USE ONLY** ▲ |
| Attorneys for:<br>Name(s):   Cristin F. Bordelon, Esq., #52238<br>            David E. McDivitt, Esq. #38286<br>Firm:   McDivitt Law Firm, PC<br>Address:   19 E Cimarron Street, Colorado Springs, CO 80903<br>Phone Number:   719.471.3700<br>Fax Number:   719.471.9782<br>E-Mail Address:   litigation@mcdivittlaw.com | Case Number:<br><br>Div:             Ctrm: |
| **CIVIL COMPLAINT** | |

COMES NOW the Plaintiff, Star Fabrizio (hereinafter *Plaintiff*), by and through her attorneys, MCDIVITT LAW FIRM, P.C. for her Complaint against the Defendants and hereby states as follows:

### PARTIES, VENUE, AND JURISDICTION

1. Plaintiff is a resident of the state of Colorado with a mailing address of 1330 South 9th Street, Canon City, CO 81212.

2. Upon information and belief, Plaintiff alleges that Defendant John Doe is a person whose true name is unknown and that operated the FedEx tractor trailer at the time of the incident.

3. Upon information and belief, Defendant, FedEx Freight, Inc., (hereinafter "FedEx") is a corporation licensed to do and doing business in the state of Colorado, with a principal place of business of 8285 Tournament Drive, Memphis, TN 38125.

4. Defendant FedEx's registered agent is The Corporation Company, with an address of 7700 E. Arapahoe Rd., Ste. 220, Centennial, CO 80112.

5. All the incidents giving rise to Plaintiff's claim, known or unknown, occurred within the County of Fremont, State of Colorado.

6. Upon information and belief, Plaintiff alleges that all actions or omissions of Defendants which give rise to this claim occurred in the County of Fremont, State of Colorado. As such, pursuant to *Colorado Rules of Civil Procedure* (C.R.C.P.) 98(c)(5), venue is proper in Fremont County.

## FACTUAL ALLEGATIONS

7. On September 21, 2020, Plaintiff was working at Interroll Engineering West located at 1 Forge Rd. Canon City, CO 81212.

8. Plaintiff was working in the outgoing shipment loading dock, preparing to load a FedEx trailer truck with packages.

9. The Fed Ex truck and trailer was parked and at a complete stop in the loading dock.

10. Plaintiff prepared the dock by unfolding it so that the dock lay flush with the bumper of the Fed Ex trailer.

11. Plaintiff placed one foot on the bumper of the trailer and one foot on the dock and prepared to unlock the gate so she could begin loading the truck.

12. For reasons unknown to plaintiff and suddenly and without warning, Defendant John Doe pulled the Fed Ex truck and trailer forward causing plaintiff to fall onto the ground causing serious injuries.

13. Defendant FedEx a shipping and delivery company headquartered in Memphis, TN, is the registered owner of the tractor trailer driven by Defendant John Doe.

14. At all times relevant herein, Defendant John Doe was employed by Defendant FedEx as a CDL certified driver, and was acting within the scope of his employment.

## FIRST CLAIM FOR RELIEF
### Negligence- Defendant John Doe

15. Plaintiff incorporates by reference the allegations above as though fully set forth herein.

16. At the said date and time, Defendant John Doe carelessly operated his vehicle when he pulled forward without warning when Plaintiff was attempting to unlock the trailer gate to load a shipment.

17. At all times relevant herein, Defendant John Doe had a duty to operate his vehicle with reasonable care as to not pose an unreasonable risk of harm to others, including Plaintiff.

18. In committing the aforementioned actions, Defendant John Doe was careless, reckless and negligent. In failing to operate his vehicle with reasonable care, Defendant John Doe breached his duty to refrain from posing an unreasonable risk of harm to others, including Plaintiff, while operating his motor vehicle.

19. As a direct and proximate result of Defendant John Doe's negligent, careless and reckless actions, Plaintiff has incurred substantial bills for health care and reasonable treatment of her injuries.

20. As a direct and proximate result of Defendant John Doe's negligent, careless and reckless actions, Plaintiff has been caused to suffer past and future economic and non-economic damages including, but not limited to, physical pain and suffering, loss of the enjoyment of life, lost earning capacity, loss of capacity to perform household work, and inconvenience.

## SECOND CLAIM FOR RELIEF
### Respondent Superior – Defendant FedEx

21. The Plaintiff incorporates by this reference the allegations contained in the above Paragraphs of this Complaint as if set forth herein.

22. At the time of the collision, Defendant John Doe was an employee and agent of FedEx.

23. On the date, and at the time of the collision, Defendant John Doe was operating the tractor trailer within the course and scope of his employment, agency, and authority with Defendant FedEx.

24. Defendant FedEx is responsible through Respondent Superior for the negligent acts and omissions of Defendant John Doe that caused Plaintiff to suffer past and future economic and non-economic damages including, but not limited to, physical pain and suffering, loss of the enjoyment of life, lost earning capacity, loss of capacity to perform household work, and inconvenience.

## THIRD CLAIM FOR RELIEF
### Negligent Entrustment of a Vehicle—Defendant FedEx

25. The Plaintiff incorporates by this reference the allegations contained in the above Paragraphs of this Complaint as if set forth herein.

26. At the time of the collision, Defendant FedEx permitted Defendant John Doe to operate the tractor trailer.

27. Defendant FedEx knew, or should have known, that Defendant John Doe was likely to create an unreasonable risk of harm to others through his conduct.

28. Defendant John Doe's incompetence or unfitness to drive was a substantial factor in causing harm to Plaintiff.

29. As a direct and proximate cause result of Defendant FedEx's negligent entrustment of the vehicle at issue to defendant John Doe, Plaintiff has been caused to suffer past and future economic and non-economic damages including, but not limited to, physical pain and suffering, loss of the enjoyment of life, lost earning capacity, loss of capacity to perform household work, and inconvenience.

**WHEREFORE,** Plaintiff requests that judgment be entered against Defendants for all reasonable compensatory damages allowed by law, both economic and non-economic, costs, expert witness fees, all interest allowed by law calculated at a compound rate, and such further relief as the Court deems proper.

Respectfully submitted, this 20th day of August, 2021.

McDivitt Law Firm, PC

*/s/ Bordelon*

Cristin F. Bordelon, Esq., #52238
David E. McDivitt, Esq. #38286
Attorneys for the

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Civil Complaint was served via CCEF upon the following on this 20th day of August 2021.

_____
Rachel Harless, Litigation Paralegal
McDivitt Law Firm, PC

EXHIBIT A